1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  HEATHER M. MELTON (CABN 260870)
   Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: heather.melton@usdoj.gov

8  Attorneys for Plaintiff

9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )    No. CR 13-215 MAG
14                                  )
         Plaintiff,                 )
15                                  )    STIPULATION AND [PROPOSED]
      v.                            )    ORDER EXCLUDING TIME FROM
16                                  )    APRIL 23, 2013 TO MAY 23, 2013
   CHARLES MANUEL,                  )
17                                  )
         Defendant.                 )
18 _____)

19      The defendant, CHARLES MANUEL, represented by RITA BOSWORTH, Assistant

20 Federal Public Defender, and the government, represented by HEATHER M. MELTON, Special

21 Assistant United States Attorney, stipulate that time should be excluded from April 23, 2013 to

22 May 23, 2013 from the Speedy Trial Clock.

23      The parties appeared before the Court on April 19, 2013. Defendant was arraigned and a

24 not guilty plea was entered. The government produced discovery to defense counsel on April

25 23, 2013. The parties jointly requested to appear before the Court on May 23, 2013 for a status

26 hearing. Based on the parties' request, the matter was continued to May 23, 2013 at 9:30 a.m.

27 before Judge James.

28      The parties now jointly request that time be excluded under the Speedy Trial Clock from

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
Case No. CR 13-215 MAG

*FILED MAY 1 2013 — RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

April 23, 2013 to May 23, 2013.  Although many petty offenses and misdemeanors are not subject to the Speedy Trial Act, the charged offense is a Class A Misdemeanor, which does fall under the Speedy Trial Act requirements.  18 U.S.C. § 3172(2) (2013).  The parties request that time be excluded based upon the need for effective preparation of counsels, pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv).  The government has produced discovery to defense counsel and defense counsel requires time to review it personally and with her client.

DATED:	April 23, 2013				Respectfully submitted,

						MELINDA HAAG
						United States Attorney


						By____/s/_____
						HEATHER M. MELTON
						Special Assistant U.S. Attorney


DATED:	April 23, 2013				BY___/s/_____
						RITA BOSWORTH
						Assistant Federal Public Defender

//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
Case No. CR 13-215 MAG                    -2-

[PROPOSED] ORDER

Based upon the representations of counsels and for good cause shown, the Court finds that failing to exclude the time between April 23, 2013 and May 23, 2013 would unreasonably deny counsels the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between April 23, 2013 and May 23, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between April 23, 2013 and May 23, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 5-1-13

HON. MARIA-ELENA JAMES
United States Magistrate Judge