MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HEATHER M. MELTON   (CABN 260870)
Special Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: heather.melton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-00215 MEJ |
|    Plaintiff, ) | |
|    v. ) | STIPULATION TO CONTINUE APPEARANCE OF CHARLES MANUEL AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME |
| CHARLES MANUEL, ) | |
|    Defendant. ) | |

     The defendant, CHARLES MANUEL, represented by RITA BELLE BOSWORTH, Assistant Federal Public Defender, and the government, represented by HEATHER M. MELTON, Special Assistant United States Attorney, jointly request that this matter be continued from May 23, 2013 to June 27, 2013 for a change of plea or to set a trial date.  This continuance is requested to allow defense counsel the opportunity to complete her review of the provided discovery, investigate legal issues pertinent to case resolution, and completely advise her client as to the possible risks of trial and benefits of settlement.  This continuance is also requested based upon scheduling needs of defense counsel.  Counsels also jointly request that time be excluded from the Speedy Trial Act from May 23, 2013 to June 27, 2013 pursuant to 18 U.S.C.

§ 3161(h)(7)(B)(iv).  The exclusion of time is based upon the need of both counsels for additional time to effectively prepare and continuity of defense counsel.

DATED:	May 22, 2013				Respectfully submitted,

						MELINDA HAAG
						United States Attorney


						By____/s/_____
						HEATHER M. MELTON
						Special Assistant U.S. Attorney

DATED:	May 22, 2013

						By___/s/_____
						RITA BELLE BOSWORTH
						Assistant Federal Public Defender
						Attorney for Defendant CHARLES MANUEL

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION AND PROPOSED ORDER CONTINUING APPEARANCE AND EXCLUDING TIME
Case No. CR  13-00215 MEJ			-2-

1                              [PROPOSED] ORDER

2         The Court hereby continues the appearance in the above-captioned matter to June 27,
3  2013. Based upon the representations of counsels and for good cause shown, the Court finds that
4  failing to exclude the time between May 23, 2013 and June 27, 2013 would unreasonably deny
5  counsels the reasonable time necessary for effective preparation, taking into account the exercise
6  of due diligence, and continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court
7  further finds that the ends of justice served by excluding the time between May 23, 2013 and
8  June 27, 2013 from computation under the Speedy Trial Act outweigh the best interests of the
9  public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time
10 between May 23, 2013 and June 27, 2013 , 2013 shall be excluded from computation under the
11 Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:   May 22, 2013   
                                              _____
                                              HON. MARIA-ELENA JAMES
                                              United States Magistrate Judge